ANTHONY N. GRASSO, PLAINTIFF-PETITIONER, v. DE-
PARTMENT OF CIVIL SERVICE, *ET AL.*, RESPON-
DENTS-RESPONDENTS.

*Mr. James F. McGovern, Jr.* for the petitioner.

*Mr. Arthur J. Sills* and *Mr. Morton Anekstein* for the re-
spondents.

March 1, 1966. Denied.

GEORGE GEISKI, PLAINTIFF-PETITIONER, v.
ANNA H. JACOBUS, DEFENDANT-RESPONDENT.

*Mr. Paul Colvin* for the petitioner.

*Messrs. Egan, O'Donnell, Hanley & Clifford* for the re-
spondent.

March 1, 1966. Denied.

BETTY CRAMER, *ET AL.*, PLAINTIFFS-PETITIONERS,
v. NEIL J. BETCHNER, DEFENDANT-RESPONDENT.

*Messrs. Rogovoy, Poneca & Okonoiewski* for the petitioners.

*Messrs. Tuso, Gruccio & Tuso* for the respondent.

March 1, 1966. Granted.